**HOLLAND & KNIGHT LLP**
Ashley L. Shively (*admitted pro hac vice*)
Daniel P. Kappes (*admitted pro hac vice*)
Zachary T. Watterson (*admitted pro hac vice*)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
Facsimile: 415.743.6910
ashley.shively@hklaw.com
daniel.kappes@hklaw.com
zachary.watterson@hklaw.com

**CAMPBELL & WILLIAMS**
J. Colby Williams (SBN 5549)
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
jcw@cwlawlv.com

*Attorneys for Defendant
Zuffa, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOISES REZA, FRANK GARZA, TANNER PENDERGRAFT, and FEDERICO NAVARRETE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC, a Nevada limited liability company; NEULION USA, LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendants.<br><br>*Related actions:*<br><br>*Garcia v. Zuffa, LLC*, No. 2:23-cv-01211-JAD-VCF (D. Nev.)<br><br>*Sanchez v. Zuffa, LLC*, No. 2:23-cv-01259-JAD-VCF (D. Nev.) | Case No.: 2:23-cv-00802-CDS-EJY<br><br>**REPLY IN SUPPORT OF DEFENDANT ZUFFA, LLC'S MOTION TO CONSOLIDATE**<br><br>*ORAL ARGUMENT REQUESTED* |

On August 25, 2023, Defendant Zuffa, LLC ("Zuffa") filed and served its Motion to Consolidate the related cases of *Reza, et. al. v. Zuffa, LLC, et al.*, Case No. 2:23-cv-00802-CDS-EJY with *Garcia v. Zuffa, LLC*, No. 2:23-cv-01211-JAD-VCF and *Sanchez v. Zuffa, LLC*, No. 2:23-cv-01259-JAD-VCF. *See Reza*, ECF No. 67 ("Motion to Consolidate Cases"); *Garcia*, ECF No. 14 ("Notice of Filed Motion to Consolidate Related Cases"); *Sanchez*, ECF No. 22 ("Notice of Filed Motion to Consolidate Related Cases")

To date, none of the Plaintiffs in any of the related actions has filed a response to Zuffa's Motion to Consolidate. Pursuant to Local Rule 7-2(b), Plaintiffs had fourteen (14) days to respond to Zuffa's motion. LR 7-2 ("For all other motions, the deadline to file and serve any points and authorities in response to the motion is 14 days after service."). Thus, the deadline for any of the Plaintiffs to file a response was September 8, 2023. The response deadline has now passed with no responses filed by any of the Plaintiffs. Local Rule 7-2(d) states that the "failure of an opposing party to file points and authorities in response to any motion, except for a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." LR 7-2(d) (emphasis added).

Because Plaintiffs in each of the related actions have failed to file a response to Zuffa's Motion to Consolidate, they therefore consent to the granting of the motion. Therefore, for this additional reason and for the reasons stated in Zuffa's original motion, the Motion to Consolidate should be granted and the Court should order consolidation of the three above-captioned putative class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Rule 42-1(b) and for all other relief this Court may deem just and proper.

//

//

//

//

//

- 2 -

REPLY ISO MOTION TO CONSOLIDATE                    CASE NO.: 2:23-CV-00802-CDS-EJY

Dated: September 15, 2023

Respectfully submitted,

*[signature]*

**HOLLAND & KNIGHT LLP**
Ashley L. Shively (*pro hac vice*)
Daniel P. Kappes (*pro hac vice*)
Zachary T. Watterson (*pro hac vice*)
560 Mission Street, Suite 1900
San Francisco, CA 94105

**CAMPBELL & WILLIAMS**
J. Colby Williams (SBN 5549)
710 South 7th Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Zuffa, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2023, I caused true and correct copies of the foregoing Reply in Support of Zuffa, LLC's Motion to Consolidate to be serviced via the United States District Court CM/ECF system on all parties or persons requiring notice.

 /s/Reena Kaur
Reena Kaur, an employee of Holland & Knight LLP

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

CERTIFICATE OF SERVICE                                                              CASE NO.: 2:23-CV-00802-CDS-EJY