HOLLAND & KNIGHT LLP
Ashley L. Shively (*pro hac vice*)
Daniel P. Kappes (*pro hac vice*)
Zachary T. Watterson (*pro hac vice*)
560 Mission Street, Suite 1900
San Francisco, CA 94105
T 415.743.6900 | F 415.743.6951
E-mail: ashley.shively@hklaw.com
E-mail: daniel.kappes@hklaw.com
E-mail: zachary.watterson@hklaw.com

Attorneys for Defendants
Zuffa, LLC and NeuLion USA, LLC

CAMPBELL & WILLIAMS
Colby Williams (Nev. Bar No. 5549)
710 South 7th Street
Las Vegas, Nevada 89101
T 702.382.5222 | F 702.382.0540
E-mail: jcw@cwlawlv.com

Attorneys for Defendants
Zuffa, LLC and NeuLion USA, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: Fight Pass Auto-Renewal Litigation<br><br>This Document Relates To: All Actions | Case No. 2:23-cv-00802-CDS-EJY<br><br>Member Case Nos: 2:23-cv-01211-CDS-EJY<br>2:23-cv-01259-CDS-EJY<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' RESPONSE DEADLINE TO PLAINTIFFS' CONSOLIDATED COMPLAINT [ECF 71] PENDING MEDIATION**<br><br>(First Request) |

1  Pursuant to LR IA 6-1, Plaintiffs Moises Reza, Frank Garza, Tanner Pendergraft, Federico
2  Navarrete, Isaiah Sanchez and Saul Garcia and Defendants Zuffa, LLC, ("Zuffa") and NeuLion
3  USA, LLC, by and through their undersigned counsel of record in this matter, stipulate and agree as
4  follows:
5  WHEREAS, on October 11, 2022, Plaintiffs filed this action in the Superior Court of the
6  State of California, for the County of Alameda, entitled Moises Reza, Frank Garza, Tanner
7  Pendergraft, and Federico Navarrete, on behalf of themselves, all others similarly situated, against
8  Zuffa, LLC a Nevada limited liability company; and NeuLion USA, LLC, a Delaware limited
9  liability company, and DOES 1-50, inclusive, Case No. 22cv019499 (the "Complaint");
10  WHEREAS, Plaintiffs filed a Consolidated Class Action Complaint on December 8, 2023
11  [ECF 71];
12  WHEREAS, Defendants response deadline is currently January 8, 2024;
13  WHEREAS, the parties have been in discussions to mediate the dispute;
14  WHEREAS, on January 5, 2024, the parties agreed to mediate the dispute before Honorable
15  Peggy A. Leen [Ret.];
16  WHEREAS, Honorable Leen has availability to mediate on February 26-28, 2024, and the
17  parties are finalizing availability to mediate on those dates;
18  WHEREAS, the parties have reached a stipulation and agreed upon a briefing schedule for
19  responding to the Consolidated Class Action Complaint, pending mediation, and subject to approval
20  of the Court;
21  WHEREAS, postponing the parties' briefing schedule to take place after mediation, the
22  parties seek to expedite resolution of this complicated, putative class action case, avoid burdening the
23  Court with potentially unnecessary briefing, and are hopeful Honorable Leen will assist in
24  streamlining and/or resolving issues in dispute;
25  WHEREAS, this joint stipulation shall not be deemed a waiver of any rights or defenses by
26  any party, including, but not limited to, the right of Defendants to raise jurisdiction issues or to file
27  any motion to dismiss, or any other motion, or for Plaintiffs to oppose such motions;
28

2

Joint Stipulation re. Briefing Schedule                    Case No.: 2:23-cv-00802-CDS-EJY

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants respective counsel, that:

1. Defendants' response to the Consolidated Class Action Complaint currently due January 8, 2024, is vacated and in the event the parties' February 26-28, 2024, mediation is unsuccessful, Defendants shall file any motion to dismiss or response on or before Wednesday, March 6, 2024;

2. The deadline for filing any opposition and reply briefs, and selection of a hearing date, shall follow the Local Rules and applicable Standing Orders of this Court.

Dated: January 5, 2024         HOLLAND & KNIGHT LLP

                               s/ Dan Kappes
                               Attorneys for Defendants
                               Zuffa, LLC and NeuLion USA, LLC

Dated: January 5, 2024         CROSNER LEGAL

                               s/Chad Saunders
                               Attorneys for Plaintiffs Moises Reza, Frank Garza,
                               Tanner Pendergraft

Dated: January 5, 2024         BURSOR & FISHER, P.A

                               s/Timothy Fisher
                               Attorneys for Plaintiff Isaiah Sanchez

Dated: January 5, 2024         ZIMMERMAN REED LLP

                               s/Zachary Freese
                               Attorneys for Plaintiff Saul Garcia


**IT IS SO ORDERED:**

UNITED STATES DISTRIT JUDGE

DATED: January 8, 2024

3

Joint Stipulation re. Briefing Schedule                    Case No.: 2:23-cv-00802-CDS-EJY