| | |
|---|---|
| HOLLAND & KNIGHT LLP<br>Ashley L. Shively (*pro hac vice*)<br>Daniel P. Kappes (*pro hac vice*)<br>Zachary T. Watterson (*pro hac vice*)<br>560 Mission Street, Suite 1900<br>San Francisco, CA 94105<br>T 415.743.6900 \| F 415.743.6951<br>E-mail: ashley.shively@hklaw.com<br>E-mail: daniel.kappes@hklaw.com<br>E-mail: zachary.watterson@hklaw.com<br><br>Attorneys for Defendants<br>Zuffa, LLC and NeuLion USA, LLC | CAMPBELL & WILLIAMS<br>Colby Williams (Nev. Bar No. 5549)<br>710 South 7th Street<br>Las Vegas, Nevada 89101<br>T 702.382.5222 \| F 702.382.0540<br>E-mail: jcw@cwlawlv.com<br><br><br><br><br><br><br>Attorneys for Defendants<br>Zuffa, LLC and NeuLion USA, LLC |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: Fight Pass Auto-Renewal Litigation<br><br>This Document Relates To: All Actions | Case No. 2:23-cv-00802-CDS-EJY<br><br>Member Case Nos: 2:23-cv-01211-CDS-EJY<br>                            2:23-cv-01259-CDS-EJY<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' RESPONSE DEADLINE TO PLAINTIFFS' CONSOLIDATED COMPLAINT [ECF 71] PENDING MEDIATION;** ~~[PROPOSED]~~ **ORDER**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1, Plaintiffs Moises Reza, Frank Garza, Tanner Pendergraft, Federico Navarrete, Isaiah Sanchez and Saul Garcia and Defendants Zuffa, LLC, ("Zuffa") and NeuLion USA, LLC, by and through their undersigned counsel of record in this matter, stipulate and agree as follows:

WHEREAS, on October 11, 2022, Plaintiffs filed this action in the Superior Court of the State of California, for the County of Alameda, entitled Moises Reza, Frank Garza, Tanner Pendergraft, and Federico Navarrete, on behalf of themselves, all others similarly situated, against Zuffa, LLC a Nevada limited liability company; and NeuLion USA, LLC, a Delaware limited liability company, and DOES 1-50, inclusive, Case No. 22cv019499 (the "Complaint");

WHEREAS, Plaintiffs filed a Consolidated Class Action Complaint ("CAC") in the United States District Court for the District of Nevada on December 8, 2023 [ECF 71];

WHEREAS, on January 8, 2024, the Court granted the parties' stipulation to extend Defendants' response deadline to the CAC to March 6, 2024 [ECF. 73];

WHEREAS, on February 26, 2024, the parties mediated with Hon. Peggy A. Leen [Ret.];

WHEREAS, the parties continue to engage in settlement discussions as a result of the progress made at the mediation with Honorable Leen;

WHEREAS, Honorable Leen continues to facilitate the parties' discussions;

WHEREAS, the parties have reached a second stipulation and agreed upon a briefing schedule for responding to the CAC, subject to approval of the Court;

WHEREAS, postponing the parties' briefing schedule an additional two weeks, will facilitate and allow the parties to potentially expedite resolution of this complicated, putative class action case, avoid burdening the Court with potentially unnecessary briefing, and are hopeful Honorable Leen will assist in streamlining and/or resolving remaining issues in dispute;

WHEREAS, this joint stipulation shall not be deemed a waiver of any rights or defenses by any party, including, but not limited to, the right of Defendants to raise jurisdiction issues or to file any motion to dismiss, or any other motion, or for Plaintiffs to oppose such motions;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants respective counsel, that:

1. Defendants' response to the Consolidated Class Action Complaint currently due March 6, 2024, is vacated and in the event the parties' continued discussions are unsuccessful, Defendants shall file any motion to dismiss or response on or before Wednesday, March 20, 2024;

2. The deadline for filing any opposition and reply briefs, and selection of a hearing date, shall follow the Local Rules and applicable Standing Orders of this Court.

Dated: March 4, 2024          HOLLAND & KNIGHT LLP

                              s/ Dan Kappes
                              Attorneys for Defendants
                              Zuffa, LLC and NeuLion USA, LLC

Dated: March 4, 2024          CROSNER LEGAL

                              s/Chad Saunders
                              Attorneys for Plaintiffs Moises Reza, Frank Garza, Tanner Pendergraft

Dated: March 4, 2024          BURSOR & FISHER, P.A

                              s/Timothy Fisher
                              Attorneys for Plaintiff Isaiah Sanchez

Dated: March 4, 2024          ZIMMERMAN REED LLP

                              s/Zachary Freese
                              Attorneys for Plaintiff Saul Garcia

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 4, 2024