UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Moises Reza, et al.,

      Plaintiffs

v.

Zuffa, LLC, et al.,

      Defendants

Case No. 2:23-cv-00802-CDS-EJY

**Order Regarding Status Report**

In their second joint status report addressing settlement, the parties seek an additional 60 days to file a third joint status report. ECF No. 80. The parties cite needing more time to "fil[e] a formal settlement agreement, postcard notice, opt-out and related papers in this putative class action[.]" *Id.* at 2. Where no class has been certified and dismissal would not affect putative class members' claims, Rule 23(e) does not mandate either court approval of the parties' settlement or notice to putative class members. *Gaefcke v. Flatiron West, Inc.*, 2024 U.S. Dist. LEXIS 5390, *3 (E.D. Cal. Jan. 9, 2024) (citing *Titus v. BlueChip Financial*, 786 F. App'x. 694, 695 (9th Cir. 2019)). In such a case, the settlement of this putative class would be governed by Rule 41 and a voluntary dismissal or joint stipulation of dismissal would be sufficient.

Because the court is unsure whether the parties intend to dismiss the putative class members' claims with or without prejudice, the parties are instructed to file a joint status report so advising by August 5, 2024. The court will decide at that point whether to grant the request for an additional 60 days.

Dated: July 31, 2024

                                              _____
                                              Cristina D. Silva
                                              United States District Judge