**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: Fight Pass Auto-Renewal Litigation | CASE NO.:   2:23-cv-00802-CDS-EJY |
| | Member Case Nos.: 2:23-cv-01211-CDS-EJY<br>2:23-cv-01259-CDS-EJY |
| This Document Relates To: All Actions | **ORDER GRANTING PLAINTIFFS'**<br>**MOTION TO APPEAR REMOTELY** |
| | Date: August 22, 2024<br>Time: 10:00<br>Courtroom: 6B |

The Court, having reviewed and considered Plaintiff's Motion to Appear Remotely, and GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that,

1.  Plaintiff's Motion to Appear Remotely [ECF No. 88] is GRANTED.

2.  Plaintiffs' counsel Hart Robinovitch may appear remotely at the August 22, 2024 Status Conference.

Date: August 21, 2024

Honorable Cristina D. Silva
United States District Judge