**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Moises Reza, et al.,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>Zuffa, LLC, et al.,<br><br>　　　　　Defendants | Case No. 2:23-cv-00802-CDS-EJY<br><br>**Order Setting Hearing on Motion for Preliminary Approval of Proposed Class Action Settlement**<br><br>[ECF No. 98] |

Plaintiffs filed an unopposed motion for preliminary approval of proposed class action settlement, certification of settlement class, approval of class notice, and appointment of class counsel. ECF No. 98. Under Federal Rule of Civil Procedure 23, if a proposal would bind class members, "the court may approve it only after a hearing and only on finding that it is fair, reasonable, and adequate after considering" a number of factors. Fed. R. Civ. P. 23(e)(2). Generally, the approval of class action settlements under Rule 23(e) occurs in two stages. In the first stage, "the court preliminarily approves the settlement pending a fairness hearing, temporarily certifies a settlement class, and authorizes notice to the class." *Ontiveros v. Zamora*, 2014 WL 3057506, at *2 (E.D. Cal. July 7, 2014). Because that phase focuses on assessing whether the proposed settlement merits preliminary approval, which would lay the groundwork for a future fairness hearing, the parties are ordered to appear for a hearing on plaintiffs' unopposed motion for preliminary approval of proposed class action settlement (ECF No. 98) on January 17, 2025, at 10:00 a.m. in LV Courtroom 6B.

Dated: January 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge