**CROSNER LEGAL, P.C.**
Chad A. Saunders (*Pro Hac Vice*)
Craig W. Straub (*Pro Hac Vice*)
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
chad@crosnerlegal.com
craig@crosnerlegal.com

*Attorneys for Plaintiffs Moises Reza,
Frank Garza, and Tanner Pendergraft*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: FIGHT PASS AUTO-RENEWAL LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | Case No. 2:23-cv-00802-CDS-DJA<br><br>Member Case Nos.: 2:23-cv-01211-CDS-EJY<br>2:23-cv-01259-CDS-EJY<br><br>**SUPPLEMENTAL DECLARATION OF CHAD SAUNDERS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Chad Saunders, declare as follows:

1. I submit this declaration to supplement my firm's previous declaration submitted in support of Plaintiffs' Motion for Attorneys' Fees and Costs. *See* Declaration of Craig Straub filed April 22, 2025 (ECF 106-2).

2. My firm has or will incur the following additional out-of-pocket costs and expenditures in relation to my appearance in the District of Nevada for the June 10, 2025 hearing on Plaintiffs' Motion for Final Approval of Settlement:

$556.96 – airfare

$127.69 – hotel

$150 estimated expenditures for transportation, parking, meals, and other incidental costs.

$ 834.65 Total

3. The above amounts are reasonable and were expended in furtherance of securing the relief for the class in this matter.

4. I ask that the above total be considered for cost reimbursement from the Gross Settlement Fund pursuant to Paragraph 4.1 of the Settlement Agreement and Release, in addition to the amounts previously reported in my firm's April 22, 2025 declaration.

Executed this 6st day of June, 2025 at Berkeley, California.

/s/ Chad Saunders
Chad Saunders