CROSNER LEGAL, P.C.
Chad A. Saunders (*Pro Hac Vice*)
Craig W. Straub (*Pro Hac Vice*)
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
chad@crosnerlegal.com
craig@crosnerlegal.com

*Attorneys for Plaintiffs Moises Reza, Frank Garza, and Tanner Pendergraft*

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com

GUCOVSCHI ROZENSHTEYN, PLLC
Adrian Gucovschi (*Pro Hac Vice*)
140 Broadway, Suite 4667
New York, NY 10005
Tel: (212) 884-4230
adrian@gr-firm.com

*Attorneys for Plaintiff Isaiah Sanchez*

ZIMMERMAN REED LLP
Hart L. Robinovitch (*Pro Hac Vice*)
14648 N. Scottsdale Rd. Suite 130
Scottsdale, AZ 85254
Tel: (480) 348-6400
hart.robinovitch@zimmreed.com

ZIMMERMAN REED LLP
Zachary J. Freese (*Pro Hac Vice*)
80 South 8th St., 1100 IDS Center
Minneapolis, MN 55402
Tel: (612) 341-0400
zachary.freese@zimmreed.com

*Attorneys for Plaintiff Saul Garcia*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: Fight Pass Auto-Renewal Litigation<br><br>This Document Relates To: All Actions | CASE NO.:   2:23-cv-00802-CDS-EJY<br><br>Member Case Nos.: 2:23-cv-01211-CDS-EJY<br>                                   2:23-cv-01259-CDS-EJY<br><br>**SUPPLEMENTAL DECLARATION OF HART ROBINOVITCH IN SUPPORT OF PLAINTIFFS' PETITION FOR ATTORNEYS' FEES AND COSTS** |

I, Hart Robinovitch, declare as follows:

1. I submit this declaration to supplement my previous declaration submitted in support of Plaintiffs' Motion for Approval of Attorneys' Fees and Costs. *See*, H. Robinovitch Decl. filed April 22, 2025 (ECF 106-3).

2. My firm has or will incur the following additional out-of-pocket costs and expenditures in relation to my appearance in the District of Nevada for the June 10, 2025 hearing on Plaintiffs' Motion for Final Approval of Settlement:

$438.98 – airfare
$215.65 – hotel
$150 estimated expenditures for transportation, parking, meals, and other incidental costs.

$ 804.63 Total

3. The above amounts are reasonable and were expended in furtherance of securing the relief for the class in this matter.

4. I ask that the above total be considered for cost reimbursement from the from the Gross Settlement Fund pursuant to Paragraph 4.1 of the Settlement Agreement and Release, in addition to the amounts previously reported in my April 22, 2025 declaration.

Executed this 6st day of June, 2025 at Scottsdale, Arizona.

// *Hart Robinovitch*
Hart Robinovitch

SUPPLEMENTAL DECLARATION OF HART ROBINOVITCH IN SUPPORT OF MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS                    1